UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GRZESLO, CDCR #BB-2085<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS; P. COVELLO; and DR. JANE DOE,<br><br>Defendants. | Case No.: 3:18-cv-02820-JLS-LL<br><br>**ORDER: (1) GRANTING EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT; AND (2) DENYING MOTION FOR APPOINTMENT OF COUNSEL**<br><br>(ECF Nos. 8, 10) |

On December 15, 2018, Plaintiff filed his civil rights Complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1.) The Court conducted the required sua sponte screening of Plaintiff's Complaint and dismissed his Complaint for failing to state a claim. (*See* ECF No. 4.) The Court granted Plaintiff forty-five (45) days leave to file an amended complaint in order to correct the deficiencies of pleading identified by the Court. (*Id.*)

**I.    Motion for Extension of Time to File First Amended Complaint**

On February 26, 2018, Plaintiff filed a request seeking additional time to comply with the Court's January 25, 2019 Order. (ECF No. 10.) Plaintiff contends he was "attacked and severely beaten" by other inmates during a "senseless prison riot" on February 15, 2019. (*Id.* at 2.) As a result, Plaintiff was hospitalized. (*Id.*) "'Strict time

limits . . . ought not to be insisted upon' where restraints resulting from a pro se . . . plaintiff's incarceration prevent timely compliance with court deadlines." *Eldridge v. Block*, 832 F.2d 1132, 1136 (9th Cir. 1987) (citing *Tarantino v. Eggers*, 380 F.2d 465, 468 (9th Cir. 1967); *see also Bennett v. King*, 205 F.3d 1188, 1189 (9th Cir. 2000). Accordingly, Plaintiff's Motion for Extension of Time is **GRANTED**.

## II. Motion for Appointment of Counsel

Plaintiff also requests that the Court appoint him counsel due to his indigence, lack of legal training, incarceration, and restrictions on his ability to access the prison's law library. (ECF No. 8.)

All documents filed pro se are liberally construed, and "a pro se complaint, however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers." *Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (citing *Estelle v. Gamble*, 429 U.S. 97, 106 (1976) (internal quotations omitted)). But there is no constitutional right to counsel in a civil case; and none of Plaintiff's pleadings to date demand that the Court exercise its limited discretion to request than an attorney represent him pro bono pursuant to 28 U.S.C. § 1915(e)(1) at this stage of the case. *See Lassiter v. Dept. of Social Servs.*, 452 U.S. 18, 25 (1981); *Agyeman v. Corr. Corp. of Am.*, 390 F.3d 1101, 1103 (9th Cir. 2004). Only "exceptional circumstances" support such a discretionary appointment. *Terrell v. Brewer*, 935 F.3d 1015, 1017 (9th Cir. 1991); *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009). Exceptional circumstances exist where there is cumulative showing of both a likelihood of success on the merits and a demonstrated inability of the pro se litigant to articulate his claims in light of their legal complexity. *Id.*

As currently pled, Plaintiff's Complaint demonstrates that while he may not be formally trained in law, he nevertheless is fully capable of legibly articulating the facts and circumstances relevant to his claims, which are typical and not legally "complex." *Agyeman*, 390 F.3d at 1103. Therefore, the Court **DENIES** Plaintiff's Motion for Appointment of Counsel. (ECF No. 8.)

///

### III. CONCLUSION AND ORDER

For good cause shown, the Court:

(1) **GRANTS** Plaintiff's Motion for Extension of Time. (ECF No. 10.) Plaintiff is given an additional sixty (60) days leave from the date this Order is signed in which to comply with the Court's January 25, 2019 Order. If Plaintiff fails to file an amended pleading within this time frame, the Court will dismiss this entire action for the reasons set forth in the January 25, 2019 Order and for failing to comply with a Court Order; and

(2) **DENIES** Plaintiff's Motion for Appointment of Counsel. (ECF No. 8.)

**IT IS SO ORDERED.**

Dated: March 11, 2019

Hon. Janis L. Sammartino
United States District Judge