UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GRZESLO,<br>CDCR #BB-2085<br><br>                                    Plaintiff,<br><br>v.<br><br>CALIFORNIA DEP'T OF<br>CORRECTIONS; P. COVELLO;<br>DR. JANE DOE,<br><br>                                    Defendants. | Case No.:  3:18-cv-02820-JLS-LL<br><br>**ORDER: (1) GRANTING MOTION TO AMEND COMPLAINT; AND (2) GRANTING EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT**<br><br>(ECF No. 13) |

Presently before the Court is Plaintiff's Motion to Amend Complaint (ECF No. 13). Also before the Court is Plaintiff's Supplement to his Motion to Amend (ECF No. 15). The Court rules as follows.

I.      **Procedural History**

On December 15, 2018, Plaintiff filed his civil rights Complaint pursuant to 42 U.S.C. § 1983.  ECF No. 1.  This Court conducted the required *sua sponte* screening of Plaintiff's Complaint and dismissed his Complaint for failing to state a claim.  *See* ECF No. 4.  Plaintiff was granted forty-five days leave to file an amended complaint in order to correct the deficiencies identified by the Court.  *Id.*

///

On February 26, 2019, Plaintiff filed a request seeking additional time to comply with the Court's January 25, 2019 Order. ECF No. 10. The Court granted Plaintiff's request and permitted him an additional sixty days leave to file an amended complaint. ECF No. 11.

On March 13, 2019, Plaintiff filed his Motion to Amend Complaint in which he claims that he has been unable to obtain his medical records in order to identify the name of the dentist whom he claims violated his Eighth Amendment rights. ECF No. 13 at 1-2. On March 19, 2019, Plaintiff then filed a pleading entitled "Supplemental Amend to Plaintiff Original Complaint." ECF No. 15. In this pleading, Plaintiff appears to identify "Dr. Jane Doe" as Dr. Catherine Fransdal, DDS. *Id.* at 2. Plaintiff also seeks to issue a summons as to Dr. Fransdal, but such a request is premature at this stage of the proceedings. Currently, there is no operative pleading as Plaintiff has not filed a First Amended Complaint as instructed by the Court in the January 25, 2019 Order.

## II. Conclusion and Order

Accordingly, the Court **GRANTS** Plaintiff's Motion to Amend Complaint and construes this motion as a request for extension of time to file a First Amended Complaint. Plaintiff's request for an issuance of a summons as to Dr. Fransdal is **DENIED** as premature. Plaintiff must identify Dr. Fransdal in his First Amended Complaint and no summons will be issued in this matter unless the Court determines that Plaintiff is able to file an amended pleading that survives the *sua sponte* screening process.

Plaintiff is given an additional sixty days leave from the date this Order is signed in which to comply with the Court's January 25, 2019 Order. If Plaintiff fails to file an amended pleading within this time frame, the Court will dismiss this entire action for the reasons set forth in the January 25, 2019 Order and for failing to comply with a Court Order.

Plaintiff's Amended Complaint must be complete by itself without reference to his original pleading. Defendants not named and any claim not re-alleged in his Amended Complaint will be considered waived. *See* S.D. Cal. CivLR 15.1; *Hal Roach Studios, Inc.*

*v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989) ("[A]n amended pleading supersedes the original."); *Lacey v. Maricopa Cnty.*, 693 F.3d 896, 928 (9th Cir. 2012) (noting that claims dismissed with leave to amend which are not re-alleged in an amended pleading may be "considered waived if not repled.").

**IT IS SO ORDERED.**

Dated: May 1, 2019

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

3:18-cv-02820-JLS-LL